UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:24-cv-61928-JB

AMIN LAKHANI,

     Plaintiff,

v.

DKB REAL ESTATE HOLDINGS, LLC and
THE COOK AND THE CORK INC.,

     Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Amin Lakhani ("Plaintiff") and Defendants, DKB Real Estate Holdings, LLC and The Cook and the Cork Inc. (collectively, the "Defendants") (collectively referred to as the "Parties"), hereby notify the Court that the Parties have reached an agreement in principle that resolves all claims that were or could have been brought in this action and are in the process of finalizing the Settlement Agreement. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the parties thirty (30) days to finalize their written Settlement Agreement and to submit the appropriate notices, stipulations, and/or consent decree to the Court for approval and dismissal of the Action.

Dated: November 13, 2024

By: */s/ Glenn R. Goldstein*
   Glenn R. Goldstein
   FBN 55873
   E-mail: GGoldstein@G2Legal.net
   Glenn R. Goldstein & Associates, PLLC
   8101 Biscayne Blvd., Ste. 504
   Miami, Florida 33138

By: */s/ Arlene K. Kline*
   Arlene K. Kline
   FBN 104957
   E-mail: arlene.kline@akerman.com
   AKERMAN LLP
   777 South Flagler Drive, Ste. 1100W
   West Palm Beach, FL 33401-6183

Telephone: (561) 573-2106                    Telephone:   (561) 653-5000
*Attorneys for Plaintiff*                        *Attorneys for Defendants*