UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-61928-JB

AMIN LAKHANI,

      Plaintiff,

v.

DKB REAL ESTATE HOLDINGS, LLC,
and THE COOK AND THE CORK INC.,

      Defendants.

_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL AND
ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the parties' Joint Notice of Settlement. ECF No. [11].

Upon due consideration of the Joint Notice, the pertinent portions of the record, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 15th day of November, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE